# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VITO MONACO,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1785-Orl-22JGG**

**TANNING RESEARCH LABORATORIES,
INC., d/b/a: Hawaiian Tropic,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion to Abate Costs and Objection to Clerk's Taxation of Bill of Costs (Doc. No. 78) filed August 28, 2006, and on Plaintiff's Amended Motion to Abate Costs and Objection to Clerk's Taxation of Bill of Costs (Doc. No. 79) filed August 30, 2006.

The United States Magistrate Judge has submitted a report recommending that the first motion be denied as moot, and that the amended motion by granted as unopposed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　　The Report and Recommendation filed August 30, 2006 (Doc. No. 80) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Motion to Abate Costs and Objection to Clerk's Taxation of Bill of Costs (Doc. No. 78) is DENIED as moot.

3.     Plaintiff's Amended Motion to Abate Costs and Objection to Clerk's Taxation of Bill of Costs (Doc. No. 79) is GRANTED as unopposed.

4.     The cost judgment against Plaintiff (Doc. No. 77) is hereby reduced by the amount of $1,989.26.  Defendant shall recover costs in the amount of $2,642.55.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 15, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record